IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14cr210-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| CHUCKIE BEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Government's oral Motion at sentencing for a Money Judgment in an amount matching the final restitution amount. For good cause shown, the Motion is granted.

In support of granting the Motion, THIS COURT FINDS AS FOLLOWS:

1. Defendant pled guilty via Plea Agreement (Doc. 2) to securities fraud as charged in a Bill of Information (Doc. 1). The Bill of Information contained a general notice of forfeiture law, including provision for forfeiture of proceeds of securities fraud pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). At sentencing on October 27, 2015, the Government advised the Court that it was requesting a forfeiture money judgment in the amount of the restitution ultimately ordered by the Court since such restitution would match the net proceeds of the charged offenses. Defendant consented to the request. However, at sentencing, the total restitution amount was not yet finalized. Thus, the Government advised that it would propose a forfeiture money judgment to this Court once the final restitution amount was determined.

2. On March 21, 2016, following briefing on restitution, this Court issued an Amended

Judgment in a Criminal Case (Doc. 33), providing for total restitution of $1,282,612 based on the record in this case. Thus, this matter is ripe for issuance of a Money Judgment in the same amount.

IT IS THEREFORE ORDERED that, for purposes of Fed. R. Crim. P. 32.2 and 18 U.S.C. 981(a)(1)(C) and 28 U.S.C. § 2461(c), and based on the Information, Factual Basis, and sentencing materials, the Government has established the amount of the money judgment and this Order shall constitute a money judgment for the following property:

> **A forfeiture money judgment in the amount of $1,282,612, such amount constituting the proceeds of the securities fraud offense of which Defendant pled guilty.**

Signed: May 18, 2016

*[Signature]*

Max O. Cogburn Jr
United States District Judge